No. 00–9147. CORBITT v. O'SULLIVAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–9150. AYALA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 00–9162. KLEIN v. MCDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9164. MENDEZ v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–9175. HUGHES v. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–9190. LONG NGOC DIEP v. GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9193. MCDUFFIE v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–9194. HEIDLER v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 00–9203. JONES v. LEE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–9206. VESSEY v. UTAH. Ct. App. Utah. Certiorari denied.

No. 00–9207. TAYLOR v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–9214. LEONIDES GUANIPA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9218. FULLER v. SPRAGINS ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–9224. HENRY v. DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 00–9227. GREEN v. SCIBANA, WARDEN. C. A. 6th Cir. Certiorari denied.